UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HONG,<br><br>    Plaintiff,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-04039-JST<br><br>**ORDER TO SHOW CAUSE RE: SUBJECT-MATTER JURISDICTION**<br><br>Re: ECF No. 1 |

Plaintiff Theresa Hong has filed a complaint with this Court. ECF No. 1. The complaint does not contain a jurisdictional statement, contrary to Civil Local Rule 3-5, and the Court cannot determine from the face of the complaint whether it has subject-matter jurisdiction over this action.

Accordingly, Plaintiff is now ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject-matter jurisdiction.

A written response to this order is due by October 31, 2018.

**IT IS SO ORDERED.**

Dated: October 22, 2018

JON S. TIGAR
United States District Judge