UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HONG,<br><br>    Plaintiff,<br><br>    v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-04039-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 31 |

The Court hereby GRANTS Defendant AXA Equitable Life Insurance Co.'s request to appear by telephone at the case management conference scheduled for February 13, 2019 at 2:00 P.M.. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

**IT IS SO ORDERED.**

Dated: February 7, 2019



JON S. TIGAR
United States District Judge