UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HONG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 18-cv-04039-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 39 |

　　　　The Court hereby GRANTS Defendant's request to appear by telephone at the conference scheduled for May 15, 2019 at 2:00 p.m. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

　　　　**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
JON S. TIGAR
United States District Judge