UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA HONG,<br><br>    Plaintiff,<br><br>    v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 18-cv-04039-JST<br><br>**ORDER DISMISSING CASE**<br><br>Re: ECF No. 46 |

On December 4, 2018, the Court granted Defendant's motion to dismiss Plaintiff's complaint in its entirety. ECF No. 25. Plaintiff filed an amended complaint on January 3, 2019. ECF No. 28. On July 3, 2019, the Court again granted Defendant' motion to dismiss the amended complaint in its entirety. ECF No. 46. The Court stated that "Any amended complaint must be filed with 21 days of this order. If no amended complaint is filed, the Court will dismiss this case with prejudice." *Id.* at 10.

Plaintiff did not file an amended complaint. Accordingly, the case is dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
JON S. TIGAR
United States District Judge